UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ<br>(DROSPIRENONE) MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Erin Carter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10037-DRH |
| *Kathryn Le May v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12473-DRH |
| *Rebecca Lewis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10774-DRH |
| *Michelle Ripple v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11174-DRH |
| *Ashley Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11390-DRH |
| *Karen Stokes v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10549-DRH |
| *Wendy Tittle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13273-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 23, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    BY: __/s/*Caitlin Fischer*__
                                              **Deputy Clerk**

Date: September 25, 2014

Digitally signed by David R. Herndon
Date: 2014.09.25 23:34:32 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT